Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

**FILED**

for the

Eastern District of California

NOV 04 2020

Sacramento Division

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| Ryan Stephen Ehrenreich, in his capacity as a Write-In Candidate for the 2020 U.S. Presidential Election | Case No. |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | 2:20 - CV 2215 - JAM KJN PS |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| Michael Watson, in his official capacity as Secretary of State for the State of Mississippi | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ryan Stephen Ehrenreich |
| Street Address | 6241 Freedom Lane |
| City and County | Citrus Heights, Sacramento County |
| State and Zip Code | California, 95621 |
| Telephone Number | 916-334-1413 |
| E-mail Address | ryanse@gmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name                          Michael Watson

    Job or Title *(if known)*    Secretary of State for the State of Mississippi

    Street Address          401 Mississippi Street

    City and County        Jackson, Hinds County

    State and Zip Code    Mississippi, 39201

    Telephone Number    (601) 359-1350

    E-mail Address *(if known)*  michael.watson@sos.ms.gov

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                                         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The 5th and 14th Amendments to the Constitution of the United States of America

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ _____ , is a citizen of the

State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____    _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

     b.     If the defendant is a corporation

          The defendant, *(name)* _____ , is incorporated under

          the laws of the State of *(name)* _____ , and has its

          principal place of business in the State of *(name)*         .

          Or is incorporated under the laws of *(foreign nation)* _____ ,

          and has its principal place of business in *(name)* _____ .

          *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

     3.     The Amount in Controversy

          The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

     A.     Where did the events giving rise to your claim(s) occur?

          Please see Section I. of attached document titled "Additions to Federal District Court Complaint Form"

     B.     What date and approximate time did the events giving rise to your claim(s) occur?

          Please see Section I. of attached document titled "Additions to Federal District Court Complaint Form"

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
     Please see Section I. of attached document titled "Additions to Federal District Court Complaint Form"

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
Please see Section II. of attached document titled "Additions to Federal District Court Complaint Form"

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Please see Section III. of attached document titled "Additions to Federal District Court Complaint Form"

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          11/04/2020

Signature of Plaintiff          *Ryan Ehrenreich*

Printed Name of Plaintiff          Ryan Stephen Ehrenreich

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

1  **Ryan Stephen Ehrenreich**

2  6241 Freedom Lane

3  Citrus Heights, CA 95621

4  (916) 334-1413

5  ryanse@gmail.com

6  Plaintiff in Pro Per

7

8  # UNITED STATES DISTRICT COURT

9  for the

10  Eastern District of California, Sacramento Division

11

12

13  ## Plaintiff

**Ryan Stephen Ehrenreich**, in his
capacity as a Write-In Candidate for
14  the 2020 U.S. Presidential Election

Case No.: _____

**vs.**

15  ## Defendant

**Additions to Federal District
Court Complaint Form**

**Michael Watson**, in his official
capacity as Secretary of State for the
16  State of Mississippi

17

18  **I. STATEMENT OF CLAIM:**

19  Plaintiff's Claim arises from the State of Mississippi's unwillingness to count and report

20  Write-In Votes for the 2020 U.S. Presidential Ticket of Ryan Ehrenreich (for President)

21  and Veronica Ehrenreich (for Vice President), citing the limited conditions under which

22  Write-In Votes are counted and reported in the State of Mississippi, as dictated by state-

1   level statute Miss. Code Ann. § 23-15-365. As of Election Day 2020 (November 3rd,

2   2020), to the best of Plaintiff's knowledge, these limited conditions required by this

3   statute for counting and reporting Write-In Votes were NOT met, so Plaintiff expects that

4   said Write-In Votes will NOT be counted.

5   Furthermore, Plaintiff asserts that Miss. Code Ann. § 23-15-365 is an unconstitutional

6   state-level statute, as it violates the guarantees provided by the 5th and 14th

7   Amendments to the Constitution of the United State of America. Also, in addition to the

8   harm caused by not counting Write-In Votes for his U.S. Presidential Write-In Ticket,

9   regardless of whether said Write-In Votes are counted or not, the uncertainty that this

10  statute causes amongst the Voting population of the State of Mississippi does grave

11  harm to both Plaintiff and his voters.

12  Relevant background information about the specifics of Plaintiff's Claim includes:

13      1) The Plaintiff, Ryan Stephen Ehrenreich, is properly registered and in good

14         standing with the Federal Election Commission (FEC) as a Presidential Write-In

15         Candidate for the 2020 U.S. General Election.

16      2) As proof of Mr. Ehrenreich's registration with the FEC, a screenshot of Mr.

17         Ehrenreich's FEC Candidacy page

18         (https://www.fec.gov/data/candidate/P00011395/?tab=about-candidate) is

19         included as Exhibit A. Also, Mr. Ehrenreich's FEC Form 2 is included as Exhibit

20         B.

21      3) As proof that Mr. Ehrenreich campaigned for Write-In Votes in the State of

22         Mississippi, Mr. Ehrenreich's November 2nd & 3rd campaign tweets to various

1   news organizations in the State of Mississippi, various college football programs

2   in the State of Mississippi, and more generally to Mississippi Voters via the use

3   of Hashtags, are included as Exhibit C, D and E.

4   Plaintiff's interactions with the Election Authorities for the State of Mississippi (included

5   as Exhibits F and G) that give rise to Plaintiff's Claim are as follows:

6   1) On October 22nd, 2020, upon recently discovering from internet resources that

7      Mississippi allows Write-In Voting under certain limited circumstances, Mr.

8      Ehrenreich sent an email to Hawley Robinson, the Mississippi Assistant

9      Secretary of State for the Elections Division, seeking to clarify the conditions that

10     determine whether Write-In Votes are counted and reported in the State of

11     Mississippi. Mr. Ehrenreich also copied Veronica Ehrenreich, his running mate

12     for Vice President (VP), on this email. This email and all subsequent

13     correspondences on this matter are included as Exhibit F.

14  2) On October 22nd, 2020, Ms. Hawley responded by clarifying the rare and

15     unusual events (i.e. "the death, resignation, withdrawal or removal of any

16     candidate whose name was printed on the official ballot") that comprise the

17     limited circumstances under which the State of Mississippi counts and reports

18     Write-In Votes on a contest-by-contest basis.

19  3) On October 27th, 2020, after contemplating this issue further, Mr. Ehrenreich

20     asked Ms. Hawley for direct clarification as to whether Write-In Votes for his

21     specific Presidential Ticket would be counted and reported, and if not, what are

22     the relevant statutes that prevent this from happening.

1      4) On October 28th, 2020, Ms. Hawley responded indicating that as conditions stood

2            as of that date, such Write-In Votes would NOT be counted and reported. Ms.

3            Hawley also supplied an attachment specifying the text of Miss. Code Ann. § 23-

4            15-365, which is included as Exhibit G.

5      5) On October 28th, 2020, Mr. Ehrenreich followed-up by asking Ms. Hawley how to

6            submit a formal request to have Write-In Votes for his Presidential Ticket counted

7            and reported, if such means exist.

8      6) On October 30th, 2020, Ms. Hawley responded that such means do NOT exist,

9            indicating such a request is NOT possible. Ms. Hawley also clearly indicated that,

10           as of October 30th, a date that is less than one week prior to the 2020 U.S.

11           General Election, precluding the tragic death of one of the Candidates on the

12           ballot, that any Write-In Votes cast in the State of Mississippi for the 2020 U.S.

13           Presidential Election would NOT be counted and reported.

14      7) On October 30th, 2020, Mr. Ehrenreich provided his final response on this email

15           thread by registering his assertion that Miss. Code Ann. § 23-15-365 harms both

16           Candidates and Voters and by reserving the option to sue on this matter. This

17           Complaint is the manifestation of that option.

18    To articulate this Complaint, it is critical to review the text of Miss. Code Ann. § 23-15-

19    365 and register relevant observations:

20      1) The conditions upon which this statute allows Write-In Votes to be counted and

21           reported in the State of Mississippi are limited to the unusual occurrence of a

22           "death, resignation, withdrawal or removal of any candidate whose name was

23           printed on the official ballot."

2) This statute places no burden on the State of Mississippi to notify Voters and/or Candidates that these conditions exist or whether these conditions have been met as of any particular date(s).

3) Even if the statute did place such a burden on the State of Mississippi, the Voters and Candidates would still need to read, understand, and interpret information on these legal matters to definitively know whether the conditions have been met.

4) In order to learn whether the conditions relevant to this statute have been met, Voters must maintain their own access to real-time information resources (e.g. internet access, cellular data, cable television, etc.) at their own cost.

5) In the event that the conditions of this statute are met, this statute does not guarantee recourse to Voters who have already cast their ballot at a prior date and time when the circumstances had NOT YET been met (e.g. a Voter who Voted one day prior to a Candidate on the Ballot dying) and who desire to change their Vote so as to use the newly valid Write-In Option.

6) The Ballots in the State of Mississippi provide a Write-In Option for each individual contest, regardless of whether the conditions of this statute have been met. Additionally, on these Ballots, no instructions or other text are provided to the Voter that would lead said Voter to believe that a Write-In Vote would be valued (or treated) as less valid than a Vote for a Candidate explicitly listed on the Ballot.

Noting these points, as Miss. Code Ann. § 23-15-365 is currently drafted, this statute shifts the entire burden onto Voters and Candidates to read, understand, and interpret news information, and to maintain their own access to such information at their own

1   cost, in the determination of whether Write-In Voting is allowed (i.e. counted and

2   reported) at any given point in time.

3   Also, should the conditions that the State of Mississippi requires to allow Write-In Voting

4   for a specific contest be met AFTER Voting has already begun, the statute then shifts

5   the entire burden onto any Voter who already cast a ballot under the assumption that

6   Write-In Voting would NOT be allowed in said contest to find some way to rectify their

7   already-cast Vote after the fact. Additionally, from information included in exhibits H

8   through O, it is not obvious to the Voter whether any means to rectify this situation exist

9   in the State of Mississippi, and if means do exist, it is still not clear how to rectify this

10   situation.

11   Furthermore, by nature of the relationship between a Candidate and that Candidate's

12   Voters, the statute also burdens Candidates with the need to educate their Voters on

13   these matters so as to make their Vote effective upon conditions suddenly arising mid-

14   contest that allow for Write-In Voting.

15   Clearly, based on the statute's text, Miss. Code Ann. § 23-15-365 has vast implications

16   on whether Votes for specific Offices are made effective via counting and reporting. This

17   begs the question: "What specific notice is provided for Voters about this matter on the

18   Mississippi State Sample Ballot and on specific Official County Ballots within the State

19   of Mississippi?"

20   To answer this question, the following Exhibits are included:

1) A screenshot of the website for the Mississippi Secretary of State (https://www.sos.ms.gov/elections-voting/Pages/default.aspx) with a red box drawn around the "2020 General Election Sample Ballot" link is included as Exhibit H.

2) The Mississippi State Sample Ballot PDF (https://www.sos.ms.gov/content/documents/elections/FINAL%202020%20Sample%20GE%20Ballot%20with%20Flag.pdf) that results from clicking that link is included as Exhibit I.

3) The Mississippi State Voter Information Guide PDF (https://www.sos.ms.gov/content/documents/elections/VoterInformationGuide.pdf) is included as Exhibit J.

4) The Mississippi State Voter FAQ (https://www.sos.ms.gov/Elections-Voting/Pages/FAQs.aspx) is included as Exhibit K.

5) The Mississippi State Step-by-Step Absentee Voting Guide (https://www.sos.ms.gov/content/documents/elections/Step-by-Step%20Guide%20to%20Absentee%20Voting_forweb.pdf) is included as Exhibit L.

6) The Mississippi State UOCAVA Absentee Voting Instructions (https://www.sos.ms.gov/Elections-Voting/Documents/UOCAVA%20web%20changes%20Primary%20Election.pdf) are included as Exhibit M.

7) A Sample Copy of the Official Ballot for Hinds County Precinct 01 in the State of Mississippi

1       (http://www.co.hinds.ms.us/pgs/pdf/sampleballots/Hinds_County_MS_2020_Gen

2       eral_Election_NP_rev.pdf) is included as Exhibit N.

3    8) A Sample Copy of the Official Ballot for DeSoto County in the State of Mississippi

4       (http://records.desotocountyms.gov/Election/2020GenBallot01.pdf) is included as

5       Exhibit O.

6    9) Additionally, Plaintiff has reviewed a variety of Official and Sample Ballots for

7       various Counties in the State of Mississippi, including those for Attala County,

8       Bolivar County, Clarke County, Forrest County, Hancock County, Harrison

9       County, Jackson County, Jones County, Kemper County, Lauderdale County,

10      Lee County, Lowndes County, Madison County, Neshoba County, Newton

11      County, and Rankin County. In all such ballots, the instructional text provided so

12      closely matched that of the Hinds County Official Ballot as to be too redundant to

13      warrant inclusion as Exhibits. Should Defendant dispute this determination,

14      Defendant can provide additional ballots to the Court.

15  So far as can be determined from these Exhibits, the answer to the question above is

16  that NO notice is given to Voters about the existence of Miss. Code Ann. § 23-15-365

17  and its vast implications to the counting and reporting of Write-In Votes.

18  Additionally, unlike the other ballots, the DeSoto County Ballot (Exhibit O) does actually

19  instruct Voters on how to cast Write-In Votes in the "INSTRUCTIONS TO VOTER" box

20  in the upper-left portion of the first page of the ballot. This Ballot specifically states: "2.

21  To cast a write-in vote, blacken the oval ( ) to the left of the line provided and write in the

22  candidate's name." Still, it makes no mention of Miss. Code Ann. § 23-15-365 or its vast

23  implication on whether such a Write-In Vote is counted and reported.

From these Exhibits, it is clear that, as Miss. Code Ann. § 23-15-365 places no burden on the State of Mississippi to notify Voters and/or Candidates of whether conditions for Write-In Voting have been met, the State of Mississippi, in turn, makes no effort to alert Voters on the Ballot about:

1) The default invalidity of ALL Write-In Votes,

2) Whether statutory conditions for allowing Write-In Voting have been met on a contest-by-contest basis,

3) That if conditions have NOT yet been met, that it is unlikely that they will be, and so unlikely a Write-In Vote would be counted and reported,

4) That if conditions ARE later met for a specific contest, how to rectify an already cast Ballot in light of the new validity granted to the Write-In Option for that specific contest, or

5) That Miss. Code Ann. § 23-15-365 even exists at all.

Based on these facts, Plaintiff asserts that Miss. Code Ann. § 23-15-365 is an unconstitutional state-level statute, as it stands in violation of the 5th and 14th Amendments to the Constitution of the United States of America (and possibly other Amendments, as well, depending on the characteristics of Voters whose otherwise valid Votes were invalidated by the enforcement of this statute) by clearly abridging the Right to Vote in the manner previously described, thus also depriving Voters of their rights to Due Process and Equal Protection of the Law.

Furthermore, Plaintiff also asserts that ANY state-level statute that yields a Ballot that is so structured as to require a Voter to consult Off-Ballot Resources (including, but not

1   limited to, pamphlets, supplemental materials, news publications, websites, etc.) to

2   determine the validity of ANY Choice that can be entered on the Ballot is

3   unconstitutional. Plaintiff asserts ANY such statute also stands in violation of the 5th

4   and 14th Amendments to the Constitution of the United States of America (and possibly

5   other Amendments, as described previously) by similarly abridging the Right to Vote.

6   Plaintiff also asserts that, by enforcing Miss. Code Ann. § 23-15-365, the State of

7   Mississippi has inflicted grave, serious, and time-sensitive harm upon Mr. Ehrenreich

8   and his Candidacy for the Office of President of the United States of America. This is so

9   because, by refusing to count and report Write-In Votes cast in the State of Mississippi,

10  Mr. Ehrenreich's Presidential Ticket has been denied the possibility of securing

11  Electoral College Votes and prevented from using any real-time showing in the results

12  to further bolster his national campaign.

13  Plaintiff, who is NOT a lawyer, petitions the Court in the form of this Federal Pro Se

14  Complaint asking the Court to aid him in redressing this harm in an urgent, expeditious

15  manner. The Court's aid is especially important, given the small timeframe between the

16  November 3rd U.S. General Election and the voting by Presidential Electors (aka the

17  Electoral College vote) to determine the next President of the United States of America.

18  In this regard, Plaintiff is also requesting that the Court issue an injunction to prevent the

19  State of Mississippi from certifying Presidential Election Results or choosing a Slate of

20  Presidential Electors until AFTER the Court reaches a decision on this Case.

1   **II. IRREPARABLE INJURY:**

2   The prospect of the Electoral College vote occurring prior to this Case being decided

3   clearly presents an Irreparable Injury to the Plaintiff. With this in mind, it is critical that

4   this Case be expedited as much as is legally possible.

5   To this goal, Plaintiff plans to file a Motion for Summary Judgement shortly after filing

6   this Complaint. As Plaintiff has provided all of the relevant facts of the Case in the

7   Statement of Claim for this Complaint, Plaintiff plans to explicitly request that the Court

8   find that the usual time-consuming processes, such as Discovery, that occur in most

9   civil cases are unnecessary in this Case.

10   Still, Defendant may have a desire to so burden Plaintiff in the handling of this

11   Complaint as to entice Plaintiff into abandoning this Complaint. This may be done by

12   means including, but not limited to, filing numerous legal motions that Plaintiff must

13   answer, requesting costly-to-produce documents as part of discovery, or other means

14   generally intended to place unbearable monetary and time commitments upon Plaintiff.

15   Plaintiff notes the requested injunction is likely necessary to bring the incentives for a

16   speedy resolution of this Case into alignment between Plaintiff and Defendant. Plaintiff

17   also notes that the potential harm caused by needing, but not having, this injunction

18   drastically outweighs any burden the injunction places on Defendant.

19   Plaintiff asserts that it is in the best interest of both parties, as well as the Court itself,

20   that the Court issues the requested injunction so as to bring the incentives of both

21   parties into alignment on this matter and to produce a speedy resolution.

1    **III. RELIEF REQUESTED:**

2    Plaintiff requests the Court to order:

3    1) That Miss. Code Ann. § 23-15-365 is an unconstitutional state-level statute, and

4    furthermore, for any state or jurisdiction (including District of Columbia) of the United

5    States of America that allows Voters the option to Write-In their own choice (i.e. to Vote

6    in Write-In form or to Write-In Vote) for any specific ballot item, that any state-level or

7    jurisdiction-level laws or statutes that restrict the validity, counting, and/or reporting of

8    individual Write-In Votes in which a legally registered Voter writes no more than the

9    required number of values (e.g. names of candidates) of that Voter's own choosing, or

10   is legally assisted in doing so, are found to violate the guarantees provided by the 5th

11   and 14th Amendments to the Constitution of the United State of America, and as such

12   are unconstitutional;

13   2) The immediate invalidation of any laws or statutes found to be unconstitutional under

14   Point #1 (such states where the Court hereby invalidates one or more laws or statutes

15   shall henceforth be referred to as "affected states", and similarly, such jurisdictions shall

16   henceforth be referred to as "affected jurisdictions");

17   3) In affected states and affected jurisdictions, the immediate counting and reporting of

18   any Write-In Votes previously ignored, invalidated, discarded, or in any other way not

19   counted by justification of laws or statutes invalidated under Point #2;

20   4) That in affected states and affected jurisdictions, the results produced from Point #3

21   MUST be included in the overall results for any contest held as part of the Nov 3, 2020

1   United States General Election (or any subsequent election) PRIOR to the relevant

2   election authorities determining the winner(s) of any such contest;

3   5) That the performance of Points #3 and #4 MUST be completed prior to any affected

4   state or affected jurisdiction certifying the results of any contest (or election) AND prior

5   to any affected state or affected jurisdiction finalizing any slate of Presidential Electors

6   for the purpose of Electoral College voting;

7   6) That if an affected state fails to meet the requirements of Points #3 through #5 in a

8   timely manner, the Court finds that the rights of Voters in that affected state have been

9   abridged in such a manner that the U.S. Congress may use said abridgement as

10   justification to activate and enforce the punishments listed under Section 2 of the 14th

11   Amendment to the Constitution of the United State of America (and possibly activate

12   other Sections and Amendments, as well);

13   7) That, for an affected state, if it is later found that that the differences between Vote

14   tallies produced BEFORE the performance of Points #3 and #4 and produced AFTER

15   said performance reveal a pattern of occurrence whereby the Court, or any other U.S.

16   legal body, official(s), or officer(s) empowered to issue such finding, construes that the

17   laws or statutes that previously restricted Write-In Voting were applied, whether willfully

18   or not, in such a manner to result in the disenfranchisement of one or more Protected

19   Groups (or Protected Classes), the Court finds that the rights of Voters in that affected

20   state have been abridged in such a manner that the U.S. Congress may use said

21   abridgement as justification to activate and enforce the punishments listed under

1   Section 2 of the 14th Amendment to the Constitution of the United State of America

2   (and possibly activate other Sections and Amendments, as well);

3   8) The immediate review, in all affected states and affected jurisdictions, of all ballot

4   designs used to print individual ballots that were used in the casting of Votes in the

5   2020 U.S. Presidential Election, and upon completion of said review, the requirement to

6   report, out of the total number of ballots cast by Voters in each affected state and

7   affected jurisdiction, the number of ballots cast that suffer from any defect found to be

8   unconstitutional due to the Court's decision in this Case, or arising from laws or statutes

9   found to be unconstitutional by the Court under Point #1, as well as recommendations

10  on how to rectify said ballot designs in the future;

11  9) The determination and reporting of the total number of ballots cast nation-wide that

12  suffer from: a) any defect reported under Point #8 and/or b) any rule, requirement, or

13  imposition, or any possible assumption of imposition, whether actually known to or

14  assumed by the Voter at the time of Voting or not, caused either directly or indirectly by

15  an affected state or affected jurisdiction holding as valid for enforcement any laws or

16  statutes subsequently found to be unconstitutional under Point #1;

17  10) That if the total number of ballots cast suffering from implication under Point #9 is a

18  number that meets or exceeds 50% of the total number of ballots cast nation-wide in the

19  2020 U.S. Presidential Election, and if after performance of Points #3 and #4, the ticket

20  of Ryan Ehrenreich for President and Veronica Ehrenreich for Vice President is not

21  found to be the winner of the 2020 U.S. Presidential Election, the Court shall order that

22  the results of the 2020 U.S. Presidential Election held on November 3rd, 2020 are

1   invalid, null, and void and that a new Election shall be held to determine the next

2   President and Vice President of the United States of America at the earliest possible

3   date.

4

5   DATED: *November 4, 2020*

6                     BY:    *Ryan Ehrenreich*

7                          *Ryan Stephen Ehrenreich*

8                     Plaintiff in Pro Per

1

2

# IV.

3

# EXHIBITS

4

1  # Exhibit A.



2

1  # Exhibit B.

Image# 202008289267051183

## FEC FORM 2
### STATEMENT OF CANDIDACY

| | | |
|---|---|---|
| 1.  (a) Name of Candidate (in full)<br>Ehrenreich, Ryan, Stephen. , / Ehrenreich, Veronica. , , | | |

| | | |
|---|---|---|
| (b) Address (number and street)<br>6241 Freedom Lane | ☐ Check if address changed | 2. Candidate's FEC Identification Number<br>P00011395 |
| (c) City, State, and ZIP Code<br>Citrus Heights                    CA      95621 | | 3.  Is This         New              Amended<br>Statement    (N)    OR    ✗   (A) |
| 4. Party Affiliation<br>W | 5. Office Sought<br>Presidential | 6. State & District of Candidate<br>00 |

### DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7.  I hereby designate the following named political committee as my Principal Campaign Committee for the ___2020___ election(s).
      (year of election)

NOTE: This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)
### RYAN 4 PREZ

(b) Address (number and street)
6241 FREEDOM LANE

(c) City, State, and ZIP Code

CITRUS HEIGHTS                          CA        95621

### DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8.  I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

NOTE: This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| *Ehrenreich, Ryan, Stephen. ,*                    [Electronically Filed] | 08/28/2020 |

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

2

1  # Exhibit C.



2

1

# Exhibit D.



2

1 # Exhibit E.



2



11/4/2020       Ryan Ehrenreich 🇨🇦 on Twitter: "Dear @ABCNetwork, @CBS, @CBSSports, @espn, @ESPNCFB, @FOXSports, @nbc, @NBCSports...

🐦                              ♡    ⟲    ♡    ⬆    ᶦᴵᶦ           Q  Search Twitter

⌂  Home            Ryan Ehrenreich 🇨🇦 @rehrenreich · Nov 2    ∘∘∘   elections
                   Please @HawkeyeFootball, @CycloneFB, @KU_Football,         Show more
#  Explore         @KStateFB, @UKFootball, @WKUFootball, @UofLFootball
                   , @LSUfootball, @LATechFB, @ULM_FB, @RaginCajunsFB,        Terms of Service  Privacy Policy
⌂  Notifications   @BlackBearsFB, @Bates_Football, @TerpsFootball,            Ads info  More  © 2020 Twitter
                   @TheCollegeBlitz, @NavyFB, @UMassFootball,
✉  Messages        @MMABUCFB!

⎙  Bookmarks       Please vote for us!

☰  Lists           ♡    ⟲    ♡    ⬆    ᶦᴵᶦ

⚇  Profile         Ryan Ehrenreich 🇨🇦 @rehrenreich · Nov 2    ∘∘∘
                   Please @UMichFootball, @MSU_Football, @EMUFB,
⋯  More            @CMU_Football, @GopherFootball, @MinnStFootball,
                   @HailStateFB, @OleMissFB, @MizzouFootball,
    Tweet          @MOStateFootball, @MontanaGrizFB, @MSUBobcats_FB,
                   @UMWFootball, @MonTechFootball, @HuskerFBNation,
                   @HuskerManagers!

                   Please vote for us!

                   ♡    ⟲    ♡    ⬆    ᶦᴵᶦ

                   Ryan Ehrenreich 🇨🇦 @rehrenreich · Nov 2    ∘∘∘
                   Please @NEB_Recruiting, @NevadaFootball,
                   @NevadaRecruits, @unlvfootball, @UNH_Football,
                   @603Recruiting, @UNHFootball1, @RFcotbal;,
                   @RutgersFB_EQ, @MUHawksFB, @RollScotsFB,
                   @NMStateFootball, @UNMLoboFB, @ArmyWP_Football,
                   @CuseFootball, @FORDHAMFOOTBALL!

                   Please vote for us!

                   ♡    ⟲    ♡    ⬆    ᶦᴵᶦ

                   Ryan Ehrenreich 🇨🇦 @rehrenreich · Nov 2    ∘∘∘
                   Please @PackFootball, @TarHeelFootball, @NCATFootball
                   , @NCWesleyanFB, @UNCP_Football, @NDSUfootball,
                   @UNDfootball, @OhioNorthernFB, @OWUFB,
                   @Buckeyes, @OhioFootball, @MiamiOHFootball,
                   @OU_Football, @CowboyFB, @SWOSUFootball,
                   @oregonfootball, @BeaverFootball!!

                   Please vote for us!

                   ♡    ⟲    ♡    ⬆    ᶦᴵᶦ

🔵 Ryan Ehrenrei...  ⌄
   @rehrenreich                                    Messages              ✉  ⌃

https://twitter.com/rehrenreich/status/1323417134190395392                      2/3

1

1 **Exhibit F.**

 Gmail                                    Ryan Ehrenreich <ryanse@gmail.com>

**2020 U.S. Presidential Election - Procedures for Write-In Candidates**
7 messages

**Ryan Ehrenreich** <ryanse@gmail.com>                              Thu, Oct 22, 2020 at 2:23 PM
To: hawley.robertson@sos.ms.gov
Cc: Veronica Ehrenreich <veronica.ehrenreich@gmail.com>

Dear Assistant Secretary of State for Mississippi Elections,

We are writing to you in regards to the 2020 Presidential Write-In Ticket of President "Ryan
Ehrenreich" and Vice President "Veronica Ehrenreich" (see www.fec.gov/data/candidate/
P00011395).

We ask that you reply to this email stating whether or not:
1) There are any filing requirements or fees required as a prerequisite for votes for Write-In
Candidates to be counted in your State
2) Your State does in fact count and report votes for Write-In Candidates

Thank you,
Ryan Ehrenreich

www.facebook.com/Ryan4Prez
www.twitter.com/rehrenreich
www.ryan4prez.com/

---

**Hawley Rae Robertson** <hawley.robertson@sos.ms.gov>                   Thu, Oct 22, 2
To: Ryan Ehrenreich <ryanse@gmail.com>
Cc: Veronica Ehrenreich <veronica.ehrenreich@gmail.com>

Good evening,

Mississippi does not count write-in votes unless a candidate whose name is printed on the l
or withdraws for a legitimate non-political reasons. Unless those conditions are met, write-
considered illegal and are not counted.

Please let me know if you have additional questions. Thank you –

2



**Hawley Robertson**
*Assistant Secretary of State*

*Elections Division*

Mississippi Secretary of State's Office

Office:  (601) 359-6360

Fax:  (601) 576-2545

[Quoted text hidden]

 image001.gif
15K

---

**Ryan Ehrenreich** <ryanse@gmail.com>                              Tue, Oct 27, 2020 at 8:52 PM
To: Hawley Rae Robertson <hawley.robertson@sos.ms.gov>
Cc: Veronica Ehrenreich <veronica.ehrenreich@gmail.com>

Dear Ms. Robertson,

Thank you for your response.

We do have a couple of follow-up questions in relation to our U.S. Presidential Write-In Ticket of
President "Ryan Ehrenreich" and Vice President "Veronica Ehrenreich" (see
www.fec.gov/data/candidate/P00011395).

Questions:
1) If a Mississippi voter wrote-in a vote for our candidacy by indicating "Ryan Ehrenreich" for
President and "Veronica Ehrenreich" for Vice President, would that vote be counted and
reported?
2) If not, can you please direct us to the relevant Mississippi statute(s) that prevent such a write-
in vote from being counted or reported?

Thank you,
Ryan Ehrenreich
[Quoted text hidden]

---

**Hawley Rae Robertson** <hawley.robertson@sos.ms.gov>                    Wed, Oct 28, 2
To: Ryan Ehrenreich <ryanse@gmail.com>

https://mail.google.com/mail/u/0?ik=7ed7c007b1&view=pt&search=all&permthid=thread-a%3Ar1930864794608123777&simpl=msg-a%3Ar-21873628...    2/4

1

Cc: Veronica Ehrenreich <veronica.ehrenreich@gmail.com>

Mr. Ehrenreich,

The relevant statute is attached.

1. No. Write-in votes are only counted in limited circumstances, and no circumstance v
   write-in votes has been met at this point.
2. See attached.

Please let me know if you have additional questions. Thank you –



**Hawley Robertson**
*Assistant Secretary of State*

*Elections Division*

Mississippi Secretary of State's Office

Fax: (601) 576-2545

[Quoted text hidden]

**2 attachments**

 image001.gif
15K

 **23-15-365 Write-in candidates blank space on general and special election ballots (3).pdf**
105K

**Ryan Ehrenreich** <ryanse@gmail.com>                    Wed, Oct 28, 2020 at 9:42 PM
To: Hawley Rae Robertson <hawley.robertson@sos.ms.gov>
Cc: Veronica Ehrenreich <veronica.ehrenreich@gmail.com>

1

Dear Ms. Robertson,

We understand your explanation that write-in votes are NOT normally counted and reported unless the unusual circumstances that you specified occur.

Furthermore, we understand that, thus far, those circumstances have NOT occurred in relation to the upcoming Nov 3rd U.S. Presidential Election.

Still, we ask that you count and report any write-in votes for our ticket.

Is there a way for candidates such as ourselves to formally request that write-in votes for their ticket be counted and reported?

Thank you,
Ryan Ehrenreich
[Quoted text hidden]

---

**Hawley Rae Robertson** <hawley.robertson@sos.ms.gov>                    Fri, Oct 30, 2020 at 10:26 AM
To: Ryan Ehrenreich <ryanse@gmail.com>
Cc: Veronica Ehrenreich <veronica.ehrenreich@gmail.com>


Mr. Ehrenreich,


Unfortunately, no. Unless a candidate dies between now and election day, write-in votes will not be tallied. Thank you –

[Quoted text hidden]

---

**Ryan Ehrenreich** <ryanse@gmail.com>                    Fri, Oct 30, 2020 at 10:47 AM
To: Hawley Rae Robertson <hawley.robertson@sos.ms.gov>
Cc: Veronica Ehrenreich <veronica.ehrenreich@gmail.com>

Dear Ms. Robertson,

We understand the implications of Miss. Code Ann. § 23-15-365 that you have laid out in our previous email exchanges.

Still, we do not feel this statute is fair to Candidates or Voters.

So although we are under no obligation to do so, we do now alert you to the fact that we reserve the option to sue on this matter.

Thank you,
Ryan Ehrenreich
[Quoted text hidden]

1

1 # Exhibit G.

§ 23-15-365. Write-in candidates; blank space on general and..., MS ST § 23-15-365

---

West's Annotated Mississippi Code
  Title 23. Elections
    Chapter 15. Mississippi Election Code (Refs & Annos)
      Article 13. Ballots
        Subarticle B. Other Elections

Miss. Code Ann. § 23-15-365

§ 23-15-365. Write-in candidates; blank space on general and special election ballots

Currentness

(1)(a) In general and special elections, one (1) blank space shall be left on each ballot under the title of each office to be voted for, and in the event of the death, resignation, withdrawal or removal of any candidate whose name was printed on the official ballot, the name of the candidate duly substituted in the place of such candidate who is qualified to hold the office may be written in the blank space by the voter.

(b) In all primary elections, one (1) blank space shall be left on each ballot under the title of each office to be voted for, and in the event of the death, resignation, or withdrawal of a candidate, the name of any individual who is qualified to hold the office may be written in the blank space by the voter.

(2) The provisions of subsection (1) of this section shall not apply to elections conducted under the Nonpartisan Judicial Election Act.

Credits
Laws 1986, Ch. 495, § 112, eff. January 1, 1987. Amended by Laws 2011, Ch. 509, § 2, eff. July 26, 2011; Laws 2017, Ch. 441 (H.B. 467), § 80, eff. July 1, 2017.

Notes of Decisions (8)

Miss. Code Ann. § 23-15-365, MS ST § 23-15-365
The Statutes and Constitution are current with laws from the 2020 Regular Session effective upon passage as approved through Sept. 20, 2020. Some statute sections may be more current, see credits for details. The statutes are subject to changes provided by the Joint Legislative Committee on Compilation, Revision and Publication of Legislation.

---

End of Document                                         © 2020 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW   © 2020 Thomson Reuters. No claim to original U.S. Government Works.

2

1  **Exhibit H.**



2

1  **Exhibit I.**

SAMPLE Official Election Ballot

STATE OF MISSISSIPPI

2020 General Election

Tuesday, November 3, 2020

TO VOTE: YOU MUST DARKEN THE OVAL(⬤) COMPLETELY USING A BLACK OR BLUE PEN.

Do not use a red pen, felt tip pen or any type of pencil.

Do not cross out or erase - If you make a mistake, you may request a new ballot.

| For United States President Vote for ONE | |
| --- | --- |
| ◯ Presidential Electors for Joseph R. Biden Jr. for President and Kamala D. Harris for Vice President | Democrat |
| ◯ Presidential Electors for Donald J. Trump for President and Michael R. Pence for Vice President | Republican |
| ◯ Presidential Electors for Don Blankenship for President and William Mohr for Vice President | American Constitution |
| ◯ Presidential Electors for Brian Carroll for President and Amar Patel for Vice President | American Solidarity |
| ◯ Presidential Electors for Phil Collins for President and Bill Parker for Vice President | Independent |
| ◯ Presidential Electors for Howie Hawkins for President and Angela Nicole Walker for Vice President | Green |
| ◯ Presidential Electors for Jo Jorgensen for President and Jeremy 'Spike' Cohen for Vice President | Libertarian |
| ◯ Presidential Electors for Brock Pierce for President and Karla Ballard for Vice President | Independent |
| ◯ Presidential Electors for Kanye West for President and Michelle Tidball for Vice President | Independent |
| ◯ Write-in | |

| For United States Senate Vote for ONE | |
| --- | --- |
| ◯ Mike Espy | Democrat |
| ◯ Cindy Hyde-Smith | Republican |
| ◯ Jimmy L. Edwards | Libertarian |
| ◯ Write-in | |

| For US House Of Representatives 1st Congressional District Vote for ONE | |
| --- | --- |
| ◯ Antonia Eliason | Democrat |
| ◯ Trent Kelly | Republican |
| ◯ Write-in | |

| For US House Of Representatives 2nd Congressional District Vote for ONE | |
| --- | --- |
| ◯ Brian Flowers | Republican |
| ◯ Bennie G. Thompson | Democrat |
| ◯ Write-in | |

| For US House of Representatives 3rd Congressional District Vote for ONE | |
| --- | --- |
| ◯ Dorothy Dot Benford | Democrat |
| ◯ Michael Guest | Republican |
| ◯ Write-in | |

TURN BALLOT OVER TO CONTINUE VOTING

2

| For US House Of Representatives<br>4th Congressional District<br>Vote for ONE | |
|---|---|
| ◯ Steven M. Palazzo | Republican |
| ◯ _____<br>Write-in | |

**NONPARTISAN JUDICIAL ELECTION**
**For Supreme Court Justice**
Supreme Court District 1 (Central)
Position 1
Vote for ONE

| ◯ Kenny Griffis | Nonpartisan |
|---|---|
| ◯ Latrice Westbrooks | Nonpartisan |
| ◯ _____<br>Write-in | |

**NONPARTISAN JUDICIAL ELECTION**
**For Supreme Court Justice**
Supreme Court District 1 (Central)
Position 2
Vote for ONE

| ◯ Leslie D. King | Nonpartisan |
|---|---|
| ◯ _____<br>Write-in | |

**NONPARTISAN JUDICIAL ELECTION**
**For Supreme Court Justice**
Supreme Court District 2 (Southern)
Position 3
Vote for ONE

| ◯ Mike Randolph | Nonpartisan |
|---|---|
| ◯ _____<br>Write-in | |

**NONPARTISAN JUDICIAL ELECTION**
**For Supreme Court Justice**
Supreme Court District 3 (Northern)
Position 3
Vote for ONE

| ◯ Josiah Dennis Coleman | Nonpartisan |
|---|---|
| ◯ Percy L. Lynchard | Nonpartisan |
| ◯ _____<br>Write-in | |

**SPECIAL NONPARTISAN JUDICIAL**
**ELECTION**
For Circuit Court Judge
Circuit Court, District 08 Place 1
Vote for ONE

| ◯ Brian K. Burns | Nonpartisan |
|---|---|
| ◯ Caleb E. May | Nonpartisan |
| ◯ _____<br>Write-in | |

**TURN BALLOT OVER TO CONTINUE VOTING**

1

Ehrenreich v. Watson     Additions to Federal District Court Complaint Form     30

### Statewide
### Ballot Measure 1
### Initiated by Petition and
### Alternative by Legislature

**Initiative Measure No. 65**, Should Mississippi allow qualified patients with debilitating medical conditions, as certified by Mississippi licensed physicians, to use medical marijuana?

**Legislative Budget Office Fiscal Analysis for Initiative 65:**

The overall cost to Mississippi for the first year is estimated to be $11,068,150. The anticipated expenses for the first year to implement a medical marijuana program is $24,068,150 (Plants - seeds to Sale: $5,000,000; Licensing, Monitoring, Inspection: $16,220,150; and Cost to Collect Revenue: $2,848,000). The anticipated revenue is $13,000,000 (User ID Cards: $2,500,000; Commercial Licenses: $500,000 and sales fee at 7 percent: $10,000,000).

The anticipated expenses for years following the first for a medical marijuana program is $15,338,000 (Plants - seeds to Sale: $5,000,000; Licensing, Monitoring, Inspection: $8,756,000; and Cost to Collect Revenue: $1,582,000). The anticipated revenue is $26,000,000 (User ID Cards: $5,000,000; Commercial Licenses: $1,000,000 and sales fee at 7 percent: $20,000,000). The overall annual revenue is anticipated to be $10,662,000, all of which must be used to support the state marijuana program.

**Alternative Measure No. 65 A**, Shall Mississippi establish a program to allow the medical use of marijuana products by qualified persons with debilitating medical conditions?

**Legislative Budget Office Fiscal Analysis for Initiative 65A:**

The cost or revenue impact associated with this initiative is undeterminable.

### VOTE FOR APPROVAL OF EITHER, OR AGAINST BOTH

○ FOR APPROVAL OF EITHER Initiative Measure No. 65 OR Alternative Measure No. 65A

○ AGAINST BOTH Initiative Measure No. 65 and Alternative Measure No. 65A

### AND VOTE FOR ONE

○ FOR Initiative Measure No. 65

○ FOR Alternative Measure No. 65A

---

### Statewide
### Ballot Measure 2
### House Concurrent Resolution No. 47

This amendment provides that to be elected Governor, or to any other statewide office, a candidate must receive a majority of the votes in the general election. If no candidate receives a majority of the votes, then a runoff election shall be held as provided by general law. The requirement of receiving the most votes in a majority of Mississippi House of Representative's districts is removed.

### VOTE FOR ONE

○ YES
○ NO

---

### Statewide
### Ballot Measure 3
### House Bill 1796 - Flag Referendum

Please vote 'Yes' or 'No' on whether the following design shall be the official Mississippi State Flag



○ YES
○ NO

---

**END OF BALLOT**

1

1   **Exhibit J.**



## Mississippi Voter Information Guide

Know your voting rights and responsibilities

### Voting by Absentee Ballot

Voters unable to vote in person on Election Day may be eligible to vote by absentee ballot. Most absentee voters must appear before the Circuit Clerk or Municipal Clerk and absentee vote in person. A few categories of absentee voters may request a mailed ballot. Voters who are required to be at work on Election or will be out of town, must absentee vote in person. Absentee voters, who are 65 or older, have a permanent or temporary physical disability, or are temporarily residing outside their county of residence may absentee vote by mail. Please check with your Circuit or Municipal Clerk to determine if you are entitled to vote by an absentee ballot and to learn the procedures for doing so. *In the year 2020, voters under a physician-imposed quarantine due to COVID-19 or caring for a dependent under a physician-imposed quarantine may request an absentee ballot under the temporary or permanent physical disability excuse, and absentee vote by mail.*

If you know you will vote by an absentee ballot, you may visit or contact your Circuit or Municipal Clerk's Office at any time within 45 days of the election.

Voters included within the Uniform and Overseas Citizens Absentee Voting Act (UOCAVA), such as members of the military and overseas citizens, may register to vote and request an absentee ballot by Federal Post Card Application (FPCA). UOCAVA voters may register to vote using the FPCA up until ten days before the date of an election and may receive and return an absentee ballot by mail, email, or fax.

Absentee ballots are now final votes. If you cast an absentee ballot, you may no longer vote in person on Election Day.

If you know you will vote by an absentee ballot, you may visit or contact your Circuit or Municipal Clerk's Office at any time within 45 days of the election.

For more information, call the Secretary of State's Election Hotline at 1 (800) 829-6786 or visit our website at www.yallvote.ms.

### Voter Registration Deadlines

To vote, you must register either in person at the Circuit Clerk's Office, Municipal Clerk's Office, or at a Public Service Agency (like DPS), or by mail-in registration application at least 30 days prior to the date of the election. All applications must be postmarked on or before 30 days prior to the date of the election. If the 30th day falls on a Sunday or legal holiday, then both the postmark and in-person deadline is extended to the next regular business day.

Voters who have not yet reached the age of 18 at the time of a primary election may vote in the primary election so long as he/she will reach the age of 18 on before the date of the general election.

**2020**
General Election Day - November 3
*Register by October 5*

**2021**
Primary Election Date - April 6
*Register by March 8*
General Election Date - June 8
*Register by May 10*

### 2020-2023 Elections Calendar

The chart below reflects regularly scheduled elections and does not account for special elections, elections affected by litigation, and other special circumstances.

| | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| **Federal Offices** | | | | |
| President and Vice President | | | | |
| United States Senate | | | | |
| United States Representative | | | | |
| **State Offices** | | | | |
| Governor | | | | |
| Lieutenant Governor | | | | |
| Secretary of State | | | | |
| Attorney General | | | | |
| State Auditor | | | | |
| State Treasurer | | | | |
| Commissioner of Agric. & Commerce | | | | |
| **Judicial Offices** | | | | |
| Supreme Court Justice | | | | |
| Court of Appeals Judge | | | | |
| Transportation Commissioner | | | | |
| Public Service Commissioner | | | | |
| State Senator | | | | |
| State Representative | | | | |
| Circuit Court Judge | | | | |
| Chancery Court Judge | | | | |
| District Attorney | | | | |
| Levee Commissioner | | | | |
| **County Offices** | | | | |
| Sheriff | | | | |
| Chancery Clerk | | | | |
| Circuit Clerk | | | | |
| County Court Judge | | | | |
| Tax Assessor | | | | |
| Tax Collector | | | | |
| Coroner | | | | |
| County Attorney | | | | |
| Surveyor | | | | |
| **County District Offices** | | | | |
| Justice Court Judge | | | | |
| Constable | | | | |
| Board of Commissioners | | | | |
| **Municipal Offices** | | | | |
| Municipal Offices | | | | |

*NOTE: Not all counties elect all of the offices listed. Some counties charter municipalities hold elections in years other than the one indicated. Supreme Court Justices, Appeals Court Judges, and county Board of Education members run in nonpartisan races.*

401 Mississippi Street
P.O. Box 136
Jackson, MS 39205
Elections Hotline: 1 (800) 829-6786
www.yallvote.sos.ms.gov

**Michael Watson**

2

# How to Register to Vote

## Registration Qualifications

Every U.S. citizen who possesses the following qualifications is eligible to register to vote in Mississippi:

- A resident of Mississippi and the county, city, or town for 30 days prior to the election;
- At least 18 years old (or will be 18 by the date of the next General Election);
- Not declared mentally incompetent by a court; and
- Not convicted of a disenfranchising crime as defined by Section 241 of the Mississippi Constitution or by Attorney General Opinion, unless pardoned, rights of citizenship restored by the Governor or suffrage rights restored by the Legislature.

## Registering by Mail

1. Complete a Mail-in Voter Registration Application. Provide the information requested, including your driver's license number and/or the last four digits of your Social Security number. If you do not provide your driver's license number or the last four digits of your Social Security number, you must send with your application:
   - A copy of a current and valid photo ID; or
   - A copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your name and address.

2. Send your Mail-in Voter Registration Application to the Circuit Clerk's Office located in the county of your residence.

3. Applications must be postmarked 30 days before the date of the election. If the 30th day falls on a Sunday or legal holiday, then both the postmark and the in-person deadline is extended to the next regular business day.

4. Mail-in Registration Applications are available at your Circuit Clerk's Office, Municipal Clerk's Office, public library, and other participating government offices. Also, Mail-in Registration Applications may be downloaded from our website at www.yallvote.ms.

## Registering in Person

1. You may register to vote in person at any of the following locations:
   - Circuit Clerk's Office;
   - Municipal Clerk's Office;
   - Department of Public Safety; or
   - Any state or federal agency offering government services, such as the Department of Human Services.

2. You must register to vote 30 days before the date of an election. If the 30th day falls on a Sunday or legal holiday, then both the postmark and in-person deadline is extended to the next regular business day.

## Know Your Voting Rights

- Every qualified Mississippi elector is entitled to vote regardless of race, creed, color, or disability.
- No one may refuse a person the right to vote if that person is legally entitled to vote.
- No voter shall be threatened, intimidated, or paid to vote by any person.
- Voters whose names do not appear on the poll book or who do not have an acceptable form of photo ID are entitled to vote by affidavit ballot.
- Voters who cast an affidavit ballot are entitled to receive written information at the time of voting on how to determine if the vote was counted and, if not, why not.
- Voters who require assistance in marking the ballot because of disability, blindness, or an inability to read or write are entitled to receive assistance from a person of the voter's choice, excluding a candidate whose name is on the ballot, or the spouse, parent, sibling or child of a candidate whose name is on the ballot, or for a poll watcher who is observing the polling place on Election Day, or the voter's employer or agent of that employer, or officer or agent of the voter's union, unless, however, a candidate for office or the spouse, parent or child of a candidate is related within the first degree to the voter requesting assistance.

## Voting with Photo ID

All Mississippi voters casting a ballot in person at the polls or casting an absentee ballot in the Circuit or Municipal Clerk's Office must present one of the following forms of acceptable photo ID:

- A driver's license;
- A government issued photo ID card;
- A United States passport;
- A government employee photo identification card;
- A firearms license;
- A student photo ID issued by an accredited Mississippi university, college, or community/junior college;
- A United States military photo ID;
- A tribal photo ID;
- Any other photo ID issued by any branch, department, agency or entity of the United States government or any State government; or
- A Mississippi Voter Identification Card.

If you do not have an acceptable form of photo ID or are unable to do so because of a religious objection, you are entitled to cast an affidavit ballot.

A voter casting an affidavit ballot because he/she did not present an acceptable form of photo ID based upon a religious objection may not have his/her ballot rejected for this reason if he/she completes an Affidavit of Religious Objection on the Circuit or Municipal Clerk's Office within five business days after Election Day.

A voter casting an affidavit ballot because he/she did not present an acceptable form of photo ID that has not had his/her ballot rejected for this reason if he/she presents an acceptable form of photo ID in the Circuit or Municipal Clerk's Office within five business days after Election Day.

**Call 1 (844) MSVoter (1 (844) 678-6837) for Voter ID information or assistance in obtaining a Mississippi Voter Identification Card.**

## www.YallVote.ms

### Are you registered to vote?

Verify if you are an active registered voter online at www.yallvote.ms.

### Have you moved and need to update your address?

To update your name and address registration information online, you must already be a registered voter of the State of Mississippi and have a current and valid Mississippi driver's license or photo identification card issued by the Mississippi Department of Public Safety. Update your voter registration information in five easy steps:

1. Enter your information exactly as it appears on your current voter registration card.
2. Choose your name out of the four possibilities listed.
3. Enter your information exactly as it appears on your driver's license or other DPS identification card.
4. Change your address or name.
5. Visit the polling place before prior to or on Election Day to determine where you should go to cast your ballot.

## www.yallvote.ms

### Where to Vote

After registering to vote, your Voter Registration Card will be sent to your residence/mailing address provided on your application. Your Voter Registration Card will provide the name, location, and number of the precinct in which you will vote.

You may contact your Circuit Clerk's Office for more information. Polls are open each Election Day from 7 a.m. until 7 p.m.

1

# Exhibit K.

11/4/2020                                                                    FAQs

## FAQS

### OUR MOST FREQUENTLY ASKED QUESTIONS

1. Where do I register to vote?
2. How do I contact my Circuit Clerk?
3. Where do I vote?
4. Who are my elected officials?
5. How do I get an absentee ballot if I am overseas or serving in the military outside my home state?

### FAQ ANSWERS

#### 1. Where do I register to vote?

**Answer:**
You can register to vote at your Circuit Clerk's office, your Municipal Clerk's office, when you get your driver's license at the Department of Public Safety, or through the mail by downloading a voter registration form from our website and mailing it to your Circuit Clerk. Keep in mind that first time, mail-in, unverified registrants must show ID the first time they go to the polls.

Here is a link to the voter registration form: Voter Registration Form (/content/documents/elections/Voter_Registration.pdf)

Back to Top

#### 2. How do I contact my Circuit Clerk?

**Answer:**
Refer to the list of clerks' contact information (/Elections-Voting/Pages/County-Election-Info.aspx).

Back to Top

#### 3. Where do I vote?

**Answer:**
Please contact your Circuit Clerk or the Elections Hotline at 1-800-829-6786.

Back to Top

#### 4. Who are my elected officials?

**Answer:**
Refer to the list of clerks' contact information (/Elections-Voting/Pages/County-Election-Info.aspx).

Back to Top

#### 5. How do I get an absentee ballot if I am overseas or serving in the military outside my home state?

**Answer:**
The Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) provides for certain provisions to assist voters in these categories to receive and return their absentee ballot in time to be counted on election day.

UOCAVA Voters - Please contact your Circuit Clerk to request an absentee ballot for any upcoming special elections your County may be having this year.

County Circuit Clerks - Contact Information (/content/documents/elections/uocava_web.pdf)

Contact our office if you have any questions about upcoming elections.

UOCAVA@sos.ms.gov (mailto:UOCAVA@sos.ms.gov)
1-800-829-6786

Back to Top

1    # Exhibit L.

# STEP-BY-STEP
# ABSENTEE GUIDE

## STEP-BY-STEP ABSENTEE VOTING GUIDE

This guide provides step by step instructions on how to request an absentee ballot and how to cast an absentee ballot. However, the first step in being able to vote by absentee ballot is being entitled to vote by absentee. As a reminder, **County Circuit Clerks are responsible for absentee voting and providing absentee ballots. Please contact your County Circuit Clerk to see if you are entitled to vote under Mississippi's absentee voting laws.** The bottom of this guide highlights which voters are entitled to vote absentee under Mississippi law.

**Important Election Dates:**

**September 4th** – Absentee ballot applications become available at your County Circuit Clerk's Office

**September 21st** – Absentee ballots are available no later than today.

**October 24th** – County Circuit Clerk's Office open until noon for In-Person absentee voting

**October 31st** – In-person absentee voting deadline.

Your County Circuit Clerk's Office is open until 5:00 P.M. for in-person absentee voting.

**November 3rd** – General Election and mail-in absentee ballots must be postmarked on or before this date to be valid.

**November 10th** – Mail-in absentee ballots that were postmarked on or before November 3, 2020, must be received by the County Circuit Clerk.

* For other important election dates, please see our 2020 Elections Calendar.

## IN-PERSON ABSENTEE VOTING

**Absentee Ballots will be available no later than September 21, 2020.** Circuit Clerk's Offices are open during normal business hours (8 a.m. to 5 p.m., Monday through Friday). Circuit Clerk's Offices will also open from 8 a.m.-noon on October 24 and 8 a.m. to 5:00 p.m. on October 31. To vote in-person absentee, please follow the steps below.

1. Visit your County Circuit Clerk's Office to absentee vote.
2. Your County Circuit Clerk (or Deputy Circuit Clerk) will confirm you are a registered voter in the county by checking the Statewide Elections Management System, confirm your address, and check your photo ID. You will also be ask your reason for absentee voting.
3. If entitled to absentee vote, the Clerk will hand you an Official Application for Absentee Elector's Ballot. The application will ask you to check which absentee excuse you are applying for.
   a. The bottom part of the application is designated for the witness. The Clerk or Deputy Clerk will be the witness, and make sure each part of the application is properly completed.
4. Once you submit your Official Application for Absentee Elector's Ballot to your Clerk, your Clerk will provide your official absentee ballot and ballot envelope.
5. Complete your absentee ballot in secret, and place it in an absentee ballot envelope provided by the Clerk. You will sign the back of the absentee ballot envelope across the flap of the envelope, and the Clerk or Deputy Clerk will also sign across the flap of the envelope as the witness.
6. Deposit your absentee ballot envelope containing your voted ballot into a sealed box.


**Michael Watson**
SECRETARY OF STATE

2

# STEP-BY-STEP
# ABSENTEE GUIDE

## MAIL-IN ABSENTEE VOTING

**Mail-in Absentee ballots will be available no later than September 21, 2020.**

1. Contact your Circuit Clerk's Office to see if you are entitled to vote by mail-in absentee ballot.
2. If you qualify to vote by mail-in absentee, request an Official Application for Absentee Elector's Ballot be mailed to you.
3. The Circuit Clerk will mail the Official Application for Absentee Elector's Ballot by mail. The application will ask you to check what absentee excuse you are applying for.
4. Once you receive your application, fill it out and mail it back to your Circuit Clerk's Office.
   a. The bottom part of the application is designated for the witness. All absentee ballot applications have to be signed by an official authorized to administer oath, such as a notary public, unless the voter is temporary or permanently physically disabled. Temporary or permanently physically disabled voters may have the application witnessed by a person who is at least 18 years of age.
5. Upon receipt of your application, your Circuit Clerk will mail you your official absentee ballot within one (1) business day, or a soon as the ballots are ready. The ballot will come with specific instructions on how to vote by mail-in absentee.
   a. The Application and Ballot may be mailed together depending how close the election date is to when the ballot is requested.
   b. Instruction on who is an official authorized to administer oaths will come in the mail with the official absentee ballot.
6. Next and in front of the witness, the voter properly marks the ballot in secret, the voter will place it in an envelope furnished by the Circuit Clerk. After the voter has placed the ballot into the envelope and seals it, the voter must complete the voter's affidavit on the back on the envelope and it must be witnessed as required by law.
   a. Instruction on marking the ballot in front of the official authorized to administer oaths or witness will come in the mail with the official absentee ballot.
   b. The bottom part of the envelope is designated for the official authorized to administer oaths or the witness. All absentee ballot envelopes must be witnessed/signed by an official authorized to administer oath, such as a notary public, unless the voter is temporary or permanently physically disabled. Temporary or permanently physically disabled voters can have the ballot envelope witnessed by a person who is at least 18 years of age.
7. Mail in your envelope containing your absentee ballot. Please note that mail-in absentee ballots must be postmarked on or before Election Day, and received on or within five (5) business days of the election, November 10th, for it to count.



*Michael Watson*
SECRETARY OF STATE

1

# STEP-BY-STEP ABSENTEE GUIDE

## ELECTORS ENTITLED TO VOTE ABSENTEE (IN-PERSON)

Under Mississippi law, the following categories of people are entitled to vote by in-person absentee:

1. Any qualified elector who is a bona fide student, teacher or administrator at any college, university, junior college, high, junior high, or elementary grade school whose studies or employment at such institution necessitates his or her absence from the county of his or her voting residence on the date of any primary, general or special election, or the spouse and dependents of that student, teacher or administrator if such spouse or dependent(s) maintain a common domicile, outside of the county of his or her voting residence, with such student, teacher or administrator.

2. Any qualified elector who is required to be away from his or her place of residence on any election day due to his or her employment as an employee of a member of the Mississippi congressional delegation and the spouse and dependents of such person if he or she shall be residing with such absentee voter away from the county of the spouse's voting residence.

3. Any qualified elector who is away from his or her county of residence on election day for any reason.

4. Any person who has a temporary or permanent physical disability and who, because of such disability, is unable to vote in person without substantial hardship to himself, herself or others, or whose attendance at the voting place could reasonably cause danger to himself, herself or others. For purposes of this paragraph (d), "temporary physical disability" shall include any qualified elector who is under a physician-imposed quarantine due to COVID-19 during the year 2020 or is caring for a dependent who is under a physician-imposed quarantine due to COVID-19 beginning with the effective date of this act and the same being repealed on December 31, 2020.

5. The parent, spouse or dependent of a person with a temporary or permanent physical disability who is hospitalized outside of his or her county of residence or more than fifty (50) miles distant from his or her residence, if the parent, spouse or dependent will be with such person on election day. For purposes of this paragraph (e), "temporary physical disability" shall include any qualified elector who is under a physician-imposed quarantine due to COVID-19 during the year 2020 or is caring for a dependent who is under a physician-imposed quarantine due to COVID-19 beginning with the effective date of this act and the same being repealed on December 31, 2020.

6. Any person who is sixty-five (65) years of age or older.

7. Any member of the Mississippi congressional delegation absent from Mississippi on election day, and the spouse and dependents of such member of the congressional delegation.

8. Any qualified elector who will be unable to vote in person because he or she is required to be at work on election day during the times at which the polls will be open.

### MISSISSIPPI IS A BOTTOM-UP STATE, SO ELECTIONS ARE RUN BY COUNTY ELECTION OFFICIALS. PLEASE CONTACT YOUR COUNTY CIRCUIT CLERK TO SEE IF YOU ARE QUALIFIED TO VOTE ABSENTEE.



**Michael Watson**
SECRETARY OF STATE

1

# STEP-BY-STEP ABSENTEE GUIDE

## ELECTORS ENTITLED TO VOTE ABSENTEE (MAIL-IN ABSENTEE)

Under Mississippi law, the following categories of people are entitled to vote absentee by mail-in ballot:

1. Any person who is temporarily residing outside of their county of residence, and the ballot must be mailed to an address outside the county.
2. Any person who has a temporary or permanent physical disability and who, because of such disability, is unable to vote in person without substantial hardship to himself, herself or others, or whose attendance at the voting place could reasonably cause danger to himself, herself or others. For purposes of this paragraph (d), "temporary physical disability" shall include any qualified elector who is under a physician-imposed quarantine due to COVID-19 during the year 2020 or is caring for a dependent who is under a physician-imposed quarantine due to COVID-19 beginning with the effective date of this act and the same being repealed on December 31, 2020.
3. The parent, spouse or dependent of a person with a temporary or permanent physical disability who is hospitalized outside of his or her county of residence or more than fifty (50) miles distant from his or her residence, if the parent, spouse or dependent will be with such person on election day. For purposes of this paragraph (c), "temporary physical disability" shall include any qualified elector who is under a physician-imposed quarantine due to COVID-19 during the year 2020 or is caring for a dependent who is under a physician-imposed quarantine due to COVID-19.
4. Any person who is sixty-five (65) years of age or older.

**MISSISSIPPI IS A BOTTOM-UP STATE, SO ELECTIONS ARE RUN BY COUNTY ELECTION OFFICIALS. PLEASE CONTACT YOUR COUNTY CIRCUIT CLERK TO SEE IF YOU ARE QUALIFIED TO VOTE ABSENTEE BY MAIL.**



*Michael Watson*
SECRETARY OF STATE

1

1 # Exhibit M.

**UOCAVA Absentee Voting**

**November 3, 2020 General Election**

**The deadline for UOCAVA voters to vote by absentee ballot for the General Election is November 3, 2020 at 7:00 p.m. CST, if submitting by email or fax.**
**If submitting by mail, it must be postmarked by November 3, 2020 and received within five (5) business days.**
**The deadline for UOCAVA voters to vote by absentee ballot for the General Runoff Election is November 24, 2020 at 7:00 p.m. CST, if submitting by email or fax.**
**If submitting by mail, it must be postmarked by November 24, 2020 and received within five (5) business days.**

1. Click on the link to the right to open the Federal Postcard Application (FPCA): Federal Postcard Application.

2. If you have access to a printer, you may print the FPCA, complete and sign. If you do not have access to a printer, you may complete the FPCA online and electronically sign by typing your name on the signature line. Remember to save the completed FPCA as a digital file on your computer before closing.

3. If you are requesting your absentee ballot be sent to you by email, you must include your e-mail address on the FPCA (Section 4).

4. You may return your completed and signed FPCA to the Circuit Clerk in the county of your voting residence by e-mail, fax or mail.
   o E-mail: To return by e-mail, locate the UOCAVA email address of the Circuit Clerk located in the county of your voting residence from the online list. If you printed and signed the FPCA, you must scan the completed FPCA and save it as a digital file on your computer. Once saved, attach the completed FPCA, saved on your computer as a digital file, to the email. If you electronically completed and signed the FPCA, attach the completed FPCA, saved on your computer as a digital file, to the email.
   o Fax: To return by fax, locate the fax number for the Circuit Clerk in the county of your voting residence here. You may include a fax cover sheet with your FPCA by clicking this link.
   o Mail: To return by mail, fold your completed FPCA and place in an envelope addressed to the Circuit Clerk's Office in the county of your voting residence. Mailing addresses may be found here and a pre-stamped envelope may be printed and used to return your completed FPCA by clicking here.

5. Absentee ballots will be available no later than September 19, 2020.

6. If you requested to receive your absentee ballot by email or on-line via BallotSafe, you will receive an email within 24 hours of the Circuit Clerk's receipt of your FPCA, with instructions on how to access your ballot. If you requested to receive your ballot by fax or mail, the Circuit

2

Clerk's Office will send your absentee ballot within 24 hours of receipt. You may call your Circuit Clerk's office to confirm the date sent if you do not timely receive your ballot.

7. You may return your voted absentee ballot to the Circuit Clerk in the county of your voting residence by e-mail, fax or mail.
   o E-mail: To return by e-mail, locate the Circuit Clerk's UOCAVA e-mail address here and attach your voted absentee ballot to the e-mail.
   o Fax: To return by fax, locate the fax number for the Circuit Clerk in the county of your voting residence here. You may include a fax cover sheet with your FPCA by clicking this link.
   o Mail: To return by mail, fold your completed FPCA and place in an envelope addressed to the Circuit Clerk's Office in the county of your voting residence. Mailing addresses may be found here and a pre-stamped envelope may be printed and used to return your voted absentee ballot by clicking here.

8. Simultaneous with the transmittal of your absentee ballot for the General Election, you will also be provided with a ranked-choice absentee ballot to be used in the instance of a Runoff Election. The ranked choice ballot allows you to rank the all potential runoff election candidates in the order of your preference.
   o If you rank two or more candidates the same, your vote in that particular race will not be counted.
   o You are not required to indicate your preference for more than one candidate.
   o No additional ballot will be sent to you for the Runoff Election. It is your choice as to when you return your voted runoff election absentee ballot; however, absentee ballots must be received by the Circuit Clerk of the county of your voting residence no later than by 7:00 p.m. on the date of the election if returned by email or fax or postmarked day of the election and received within five (5) business days in order to be counted.

9. Absentee ballots must be received on or before the deadline.

**For the General Election, your ballot must be received by the Circuit Clerk's Office no later than General Election Day, November 3, 2020 at 7:00 p.m. CST, if returning by email or fax. If submitting by mail, it must be postmarked by November 3, 2020 and received within five (5) business days.**

**For the Runoff Election, your ballot must be received by the Circuit Clerk's Office no later than Runoff Election Day, November 24, 2020, at 7:00 p.m. CST, if returning by email or fax. If submitting by mail, it must be postmarked by November 24, 2020 and received within five (5) business days.**

*Absentee ballots requested on an Election Day may only be received by the voter and returned to the Circuit Clerk's Office by e-mail. Please contact your Circuit Clerk to confirm his/her receipt of your Election Day request.*

*Note: Only the first received absentee ballot may be counted. Subsequent absentee ballots received from the same voter for the same election will be rejected.*

1

# Exhibit N.

---

**OFFICIAL BALLOT**
**STATE OF MISSISSIPPI**
HINDS COUNTY 2020 GENERAL ELECTION
TUESDAY, NOVEMBER 3, 2020

Precinct 01
Ballot Style 1

**INSTRUCTIONS TO VOTER:**

Fill in the oval to the left of the name of your choice. You must blacken the oval completely using a dark pen, and do not make any marks outside of oval. Do not use a red pen, felt tip pen or any type of pencil.

**DO NOT CROSS OUT** - If you change your mind, exchange your ballot for a new one. If you tear, soil, deface or erroneously mark this ballot, return it and obtain another.

| NOVEMBER GENERAL ELECTION | | NOVEMBER GENERAL ELECTION | |
|---|---|---|---|
| **For United States** **President and Vice President** Vote for One | | **For US House of Representatives** **3rd Congressional District** Vote for One | |

| | | |
|---|---|---|
| ○ Presidential Electors for Joseph R. Biden Jr. for President and Kamala D. Harris for Vice President | Democrat | ○ Dorothy Dot Benford — Democrat |
| ○ Presidential Electors for Donald J. Trump for President and Michael R. Pence for Vice President | Republican | ○ Michael Guest — Republican |
| | | ○ Write-in |

| ○ Presidential Electors for Don Blankenship for President and William Mohr for Vice President | American Constitution |

**NONPARTISAN JUDICIAL ELECTION**

**Supreme Court District 1**
**(Central) Position 1**
Vote for One

| ○ Presidential Electors for Brian Carroll for President and Amar Patel for Vice President | American Solidarity |
|---|---|

○ Kenny Griffis — Nonpartisan
○ Latrice Westbrooks — Nonpartisan
○ Write-in

| ○ Presidential Electors for Phil Collins for President and Bill Parker for Vice President | Independent |
|---|---|

**Supreme Court District 1**
**(Central) Position 2**
Vote for One

○ Leslie D. King — Nonpartisan
○ Write-in

| ○ Presidential Electors for Howie Hawkins for President and Angela Nicole Walker for Vice President | Green |
|---|---|

**COUNTY ELECTION**

**For Election Commission**
**District 5**
Vote for One

| ○ Presidential Electors for Jo Jorgensen for President and Jeremy 'Spike' Cohen for Vice President | Libertarian |
|---|---|

○ Connie E. Little — Democrat
○ Shirley A. Varnado — Democrat
○ Write-in

| ○ Presidential Electors for Brock Pierce for President and Karla Ballard for Vice President | Independent |
|---|---|

| ○ Presidential Electors for Kanye West for President and Michelle Tidball for Vice President | Independent |
|---|---|

○ Write-in

**For United States**
**Senate**
Vote for One

○ Mike Espy — Democrat
○ Cindy Hyde-Smith — Republican
○ Jimmy L. Edwards — Libertarian
○ Write-in

**TURN BALLOT OVER TO CONTINUE VOTING**

*SAMPLE*



**STATEWIDE ELECTION**

### Statewide Ballot Measure 1
### Initiated by Petition and Alternative by Legislature

**Initiative Measure No. 65,** Should Mississippi allow qualified patients with debilitating medical conditions, as certified by Mississippi licensed physicians, to use medical marijuana?

**Legislative Budget Office Fiscal Analysis for Initiative 65:**

The overall cost to Mississippi for the first year is estimated to be 511,068,150. The anticipated expenses for the first year to implement a medical marijuana program is $24,068,150 (Plants – seeds to Sale: $5,000,000; Licensing, Monitoring, Inspection: $16,220,150; and Cost to Collect Revenue: $2,848,000). The anticipated revenue is $13,000,000 (User ID Cards: $2,500,000; Commercial Licenses: $590,000 and sales fee at 7 percent: $10,000,000).

The anticipated expenses for years following the first for a medical marijuana program is $15,338,000 (Plants – seeds to Sale: $5,000,000; Licensing, Monitoring, Inspection: $8,756,000; and Cost to Collect Revenue: $1,582,000). The anticipated revenue is $26,000,000 (User ID Cards: $5,000,000; Commercial Licenses: $1,000,000 and sales fee at 7 percent: $20,000,000). The overall annual revenue is anticipated to be $10,662,000, all of which must be used to support the state marijuana program.

**Alternative Measure No. 65A,** Shall Mississippi establish a program to allow the medical use of marijuana products by qualified persons with debilitating medical conditions?

**Legislative Budget Office Fiscal Analysis for Initiative 65A**

The cost or revenue impact associated with this initiative is undeterminable.

#### VOTE FOR APPROVAL OF EITHER, OR AGAINST BOTH

○  FOR APPROVAL OF EITHER
   Initative No. 65 OR Alternative Measure No. 65 A

○  AGAINST BOTH
   Initative No. 65 AND Alternative Measure No. 65 A

#### AND VOTE FOR ONE

○  FOR Initative Measure No. 65
○  FOR Alternative Measure 65 A

---

**STATEWIDE ELECTION**

### Statewide Ballot Measure 2
### House Concurrent Resolution No. 47

This amendment provides that to be elected Governor, or to any other statewide office, a candidate must receive a majority of the votes in the general election. If no candidate receives a majority of the votes, then a runoff election shall be held as provided by general law. The requirement of receiving the most votes in a majority of Mississippi House of Representatives districts is removed.

#### VOTE FOR ONE

○  YES
○  NO

### Statewide Ballot Measure 3
### House Bill 1796 - Flag Referendum

**Please vote 'Yes' or 'No' on whether the following design shall be the official Mississippi State Flag**

○  YES
○  NO

**TURN BALLOT OVER TO CONTINUE VOTING**

**OFFICIAL BALLOT INITIALING MANAGER**

1
2

1 **Exhibit O.**



2



### State of Mississippi

**Ballot Measure 1**

**Initiated by Petition and Alternative by Legislature**

Initiative Measure No. 65. Should Mississippi allow qualified patients with debilitating medical conditions, as certified by Mississippi licensed physicians, to use marijuana?

Legislative Budget Office Fiscal Analysis for Initiative 65:The overall cost to Mississippi for the first year is estimated to be $11,068,150. The anticipated expenses for the first year to implement a medical marijuana program is $24,068,150 (Plants - seeds to Sale: $5,000,000; Licensing, Monitoring, Inspection: $16,220,150 and Cost to Collect Revenue: $2,848,000). The anticipated revenue is $13,000,000 (User ID Cards: $2,500,000; Commercial Licenses: $500,000 and sales fee at 7 percent: $10,000,000).

The anticipated expenses for years following the first for a medical marijuana program is $15,338,000 (Plants - seeds to Sale: $5,000,000; Licensing, Monitoring, Inspection: $8,756,000 and Cost to Collect Revenue: $1,582,000). The anticipated revenue is $26,000,000 (User ID Cards: $5,000,000; Commercial Licenses: $1,000,000 and sales fee at 7 percent: $20,000,000). The overall annual revenue is anticipated to be $10,662,000, all of which must be used to support the state marijuana program.

Alternative Measure No. 65A. Shall Mississippi establish a program to allow the medical use of marijuana products by qualified persons with debilitating medical conditions?

Legislative Budget Office Fiscal Analysis for Initiative 85A: The cost of revenue impact associated with this initiative is undeterminable.

**Vote for Approval of Either, or Against Both**

○    FOR APPROVAL OF EITHER Initiative Measure No. 65 OR Alternative Measure No. 65A

○    AGAINST BOTH Initiative Measure No. 65 and Alternative Measure No. 65A

**And Vote for One**

○ FOR Initiative Measure No. 65

○ FOR Alternative Measure No. 65A

INITIALS _____

### State of Mississippi

**Ballot Measure 2**

**House Concurrent Resolution No. 47**

This amendment provides that to be elected Governor, or to any other statewide office, a candidate must receive a majority of the votes in the general election. If no candidate receives a majority of the votes, then a runoff election shall be held as provided by general law. The requirement of receiving the most votes in a majority of Mississippi House of Representative's districts is removed.

○  Yes

○  No

### State of Mississippi

**Ballot Measure 3**

**House Bill 1796 - Flag Referendum**

Please vote "Yes' or "No" on whether the following design shall be the official Mississippi State Flag.

○  Yes

○  No

1